UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE HENRY SCOTT, III,

    Plaintiff,

v().                                          Case No. 3:19cv3752-TKW-EMT

ROBERT A. MACKEY,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 6). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B) because the complaint fails to state a claim upon which relief can be granted under federal or state law. I also agree that the dismissal of the federal claims should be with prejudice because it is clear that those claims cannot be amended to state a plausible claim. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims are **DISMISSED with prejudice**, and his state law claims are **DISMISSED without prejudice**.

3. The Clerk shall close the file.

**DONE and ORDERED** this 21st day of January, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**